IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

WILDEARCH GUARDIANS,

               Plaintiff,                         CV-18-110-GF-BMM

v.

ELAINE L. CHAO, et al.,                  **ORDER**

             Defendants.


Upon the parties motion to vacate, Doc. 21, and with good cause shown, **IT IS HEREBY ORDERED** that the motion hearing and preliminary pretrial conference scheduled for January 16, 2019 are **RESET** for **March 5, 2019 at 1:30 p.m.** The Preliminary Pretrial Statements, Joint Discovery Plant and Statement of Stipulated Facts are due to the Court on or before February 26, 2019.


DATED this 6th day of December, 2018.


_____
Brian Morris
United States District Court Judge