UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| WILDEARTH GUARDIANS,<br><br>                Plaintiff,<br><br>vs.<br><br>ELAINE L. CHAO, et al.,<br><br>                Defendants. | Case No. CV-18-110-GF-BMM<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**_X_**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      IT IS ORDERED that Federal Defendants' Cross Motion for Summary Judgment (Doc. 45) is GRANTED. IT IS FURTHER ORDERED that Wildearth Guardian's Motion for Summary Judgment (40) is DENIED.

      Dated this 15th day of April, 2020.

                              TYLER P. GILMAN, CLERK

                              By: /s/ S. Redding
                                    S. Redding, Deputy Clerk